# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY E. PRICE<br>*Plaintiff, pro se*<br><br>v.<br><br>COMMONWEALTH CHARTER<br>ACADEMY - CYBER SCHOOL<br>*Defendant* | CIVIL ACTION<br><br>NO. 18-1778 |

# ORDER

**AND NOW,** this 13th day of August 2019, upon consideration of Defendant's *motion for summary judgment*, [ECF 20], Plaintiff's *motion for summary judgment*,[1] [ECF 21], and all documents filed in connection therewith, [ECF 24, 25, 31-33],[2] it is hereby **ORDERED** as follows:

1. Plaintiff's retaliation claim at Count IV is **DISMISSED** for lack of subject-matter jurisdiction;

2. Plaintiff's motion for summary judgment, [ECF 21], is **DENIED**; and

3. Defendant's motion for summary judgment, [ECF 20], is **GRANTED**.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] The Court is treating Plaintiff's memorandum for summary judgment on the administrative record, [ECF 21], as a motion for summary judgment.

[2] These documents include the parties' respective responses to the summary judgment motions, [ECF 24, 25], the parties' Court-ordered supplemental briefs concerning Plaintiff's retaliation claim, [ECF 31, 32], and Plaintiff's response to Defendant's supplemental brief. [ECF 33].